ATTACHMENT A

**Arizona**
6/12/04 – Anthem - Local families held a community fundraiser/awareness event. This was attended by over 100 individuals who were given educational materials.

7/19/04 - Tucson- CEO delivers a speech on SWF and SWS to 300 Up with People members

8/20/04- Phoenix- CEO visited with families and local businessmen discussing progress of research and their concerns

10/22/05 - Anthem - The event above was held again, and has become a yearly event.

**California**
11/13/03- Los Angeles- Family Day meeting attended by local members, local doctors were on hand to address medical questions, informational materials distributed

7/24/04 - Palo Alto-Family Day meeting attended by local members, local doctors were on hand to address medical questions, informational materials distributed

11/13/04- Robert Shields, M.D. presented residents seminar to 32 residents

9/28/05 - Los Angeles - SWF displayed/distributed information at Child Neurology Society Conference

7/9/05 - Los Angeles - Family Day meeting attended by local members, local doctors were on hand to address medical questions, informational materials distributed

**Colorado**
7/11-13/03- Denver- International Conference attended by approx. 230 individuals from the United States and abroad. Consisted of doctor lectures, informal networking, dinner dance, and private consultations. Coverage by local news.

4/24/04 – Northglenn - a local family hosted a pancake breakfast for 80 people. In attendance were EMTs and Firemen who were shown a video about SWS and received information to assist patients.

**District of Columbia**
12/2-6/05 - SWF displayed/distributed information at Society for Neuroscience Meeting

12/4/05 - Family Day meeting attended by approx 35 local members; local doctors were on hand to address medical questions, informational materials distributed.



## Florida
7/15/02 - Coral Springs - a local mother set up a display at her local hair dresser and distributed educational material.  This event was covered in "South Florida Parenting Magazine".

5/?/05 Ocala- Ocala Magazine featured local SWF partner and information on foundation. CEO gave presentation for local businesses on SWS and attended organic event

## Hawaii
11/15/05 - Honolulu - a local family held a yard sale and distributed information

## Illinois
5/15/04 - Vernon Hills - a local member held a carwash/bake sale at her place of employment (Mitsubishi Electric), and distributed educational materials to co-workers.

10/13/18-05 - Chicago- SWF displayed/distributed information at American Academy of Ophthalmology meeting

## Louisiana
2/18-21/05 - New Orleans - SWF displayed/distributed information at American Academy of Dermatology Meeting and to local residents

4/16/05- Slidell- Education materials were handed out at local street fair by local SWF partner

## Maryland
2/6/04 - Baltimore- Residents Day Training Session was held at the Johns Hopkins Hospital and attended by approx. 100 Pediatric, Neurology and Dermatology Residents.  Experts gave lectures on SWS and each attendee received a medical textbook and medical cd-rom.

2/8/04 - Baltimore - Family Day meeting attended by local members, local doctors were on hand to address medical questions, informational materials distributed

## Massachusetts
12/5/03 - Boston - Residents Day Training Session was held at the Boston Children's Hospital and attended by approx. 75 Pediatric, Neurology and Dermatology Residents. Experts gave lectures on SWS and each attendee received a medical textbook and medical cd-rom.

## Michigan
4/3/04 - Detroit - Family Day meeting attended by approx. 50 local members, local doctors were on hand to address medical questions, informational materials distributed.

6/18/05 - Freeland - a local member participated in a Bike Trek.  Family members manned an information booth and spoke with local reporters about SWS.

**New Jersey**
4/3/03 - Randolph- Family Day meeting attended by local members, local doctors were on hand to address medical questions, informational materials distributed.   Two government citations were received: one through our US representative, and the other, a joint resolution from the NJ State Assembly and the NJ State Senate, commending the efforts of the SWF.

8/17/05 - Atlantic City - Director of Partner Services attended Care Givers Seminar and distributed information to attendees.

8/26/05 - Succasunna & Stanhope - Display/information distributed to families and students at local high school, fundraiser held by students.

2/5/05 - Randolph - Mardi Gras Fundraiser Held.  Attended by local families and supporters.  Materials handed out to local businesses, and local news coverage.


**New York**
8/9/04 - Yonkers- The 4th Annual SWF Softball Tournament was held.  Approximately 12 teams participated.  Information on SWS was handed out to locals, along with television coverage to educate the public about SWS.

6/19/04 - Cohoes - a local family held a golf outing where information was distributed.

9/29/05 - New York City - A resident's training session was held at New York University.  Materials and medical textbooks were given to all attendees.

**Pennsylvania**
7/21-25/05 - Harrisburg- International Conference attended by approx. 250 individuals from the United States and abroad.  Consisted of doctor lectures, informal networking, dinner dance, and private consultations.   Coverage by local news.

**Texas**
1/9/04- Residents Day presented by Moise Levy, M.D. to 40 residents at Texas Children's Hospital

1/10/04- Hosted family day for local family day to share concerns and questions

**Utah**

4/24/04- Salt Lake City - The father of a SWS patient ran in the Salt Lake City Marathon to raise awareness.  Information provided by the SWF was distributed to participants and on-lookers.

**Virginia**
9/30-10/2/05 – Arlington- SWF displayed/distributed information at National Organization for Rare Disorders Meeting

**Washington**
4/25/04 – Battle Ground - A local member was invited to appear on a Discovery Channel four part feature focusing on his surgery for port wine stain.  The SWF provided information and follow up.

**Wisconsin**
10/2/05 – a member published his autobiography with the printing expense covered by SWF.  There was coverage by local new media and educational materials were distributed with copies.

*Arrived 4/26*



**UNITED STATES**
**OFFICE OF PERSONNEL MANAGEMENT**
WASHINGTON, DC 20415-1000

OFFICE OF THE DIRECTOR

APR 24 2006

Ms. Cynthia S. Schneible
President
Health & Medical Research Charities of America
21 Tamal Vista Blvd., Suite 209
Corte Madera, CA 94925

Dear Ms. Schneible:

We have completed a review of your federation's application to participate in the 2006 Combined Federal Campaign (CFC). I am admitting Health & Medical Research Charities of America and 109 of the 117 member organizations included in your original list for participation in the 2006 CFC. Eight member organizations appearing on your list have been denied participation in the 2006 CFC. These are:

> American Association of Kidney Patients
> Down Syndrome Research and Treatment Foundation
> International AIDS Vaccine Initiative, Inc.
> Medical Education Institute
> Michael J. Fox Foundation
> Multiple Sclerosis, The Heuga Center
> Osteoporosis Foundation
> Sturge-Weber Foundation

An explanation of the reasons for each of these denials appears in Attachment One of this letter. If, after reviewing the eligibility requirements for CFC (appearing at 5 CFR Part 950), you believe an error was made in reviewing these members' applications, you may appeal the denials to Dan G. Blair, Deputy Director of the Office of Personnel Management. Your appeal need only respond to the deficiencies described in Attachment One. Your appeal must be in writing and must be received within 10 business days from the date you receive this letter. Appeals should be sent to:

> U.S. Office of Personnel Management
> CFC Operations – Room 5450
> 1900 E Street, NW
> Washington, DC 20415

OPM continues to experience significant delays with mail service associated with irradiating mail prior to its delivery to Federal offices. As a result, all organizations submitting an appeal are vigorously encouraged to use "next day" or "overnight delivery."



EXHIBIT
**B**
ALL-STATE LEGAL®

CON 131-64-4
September 2001

Please note that we have found the following six members eligible. Although their administrative and fundraising rates exceed 25%, their explanation and formal plan to reduce the rate meets the requirement of 5 CFR §950.203(a)(4). They are:

Alliance for Aging Research (31.0%)
Anxiety Disorders, Panic & Stress Research and Awareness Foundation (26.2%)
Cure Autism Now (26.2%)
Gluten Intolerance Group (28.3%)
Myelin Project (34.0%)
Narcolepsy Network (38.9%)

Best wishes for a successful 2006 campaign!

Sincerely,

Mara T. Patermaster, Director
Office of CFC Operations

Attachment

Health & Medical Research Charities of America
2006 CFC Application
Attachment One

- American Association of Kidney Patients – Attachment A of the application did not include sufficient information to support a claim that the organization provided or conducted real services, benefits, assistance, or program activities in 15 or more different states over the three-year period immediately preceding January 2006. The attachment contained repetitive text to describe services of the applicant in each state, which is not permitted per CFC Memo 2004-10.

- Down Syndrome Research and Treatment Foundation – Attachment A of the application did not include sufficient information to support a claim that the organization provided or conducted real services, benefits, assistance, or program activities in 15 or more different states over the three-year period immediately preceding January 2006.

- International AIDS Vaccine Initiative, Inc. – Attachment D of the application (IRS Form 990) reports that 89% of the organization's revenue is derived from government contributions. The CFC regulations require that eligible organizations receive less than 80% of their total revenue from government support.

- Medical Education Institute – The certified public accountant who prepared the organization's audited financial statements (Attachment C) states that he was unable to perform the audit in accordance with generally accepted auditing standards (GAAS) and could not determine if a material amount of revenue was accurately recorded in accordance with generally accepted accounting principles (GAAP). The CFC regulations at 5 CFR §950.203(a)(2) require each organization seeking CFC eligibility to submit audited financial statements prepared by an independent certified public accountant in accordance with Generally Accepted Auditing Standards (GAAS).

- Michael J. Fox Foundation – Attachment A of the application did not include sufficient information to support a claim that the organization provided or conducted real services, benefits, assistance, or program activities in 15 or more different states over the three-year period immediately preceding January 2006. Service in 2002 is outside the scope of the three-year period.

- Multiple Sclerosis, The Heuga Center – The organization's administrative and fundraising rate is 42.2%. It did not submit an adequate Attachment E. CFC eligibility regulations at 5 CFR §950.203(a)(4)(i) require submission of an explanation for an administrative and fundraising rate in excess of 25% and a formal plan to reduce the rate below 25 percent.

- <u>Osteoporosis Foundation</u> – The organization's administrative and fundraising rate is 30.0%. It did not submit an adequate Attachment E. CFC eligibility regulations at 5 CFR §950.203(a)(4)(i) require submission of an explanation for an administrative and fundraising rate in excess of 25% and a formal plan to reduce the rate below 25 percent.

- <u>The Sturge-Weber Foundation</u> – Attachment A of the application did not include sufficient information to support a claim that the organization provided or conducted real services, benefits, assistance, or program activities in 15 or more different states over the three-year period immediately preceding January 2006.



# The Sturge-Weber Foundation

EXHIBIT 12

*The Stronger the Wind,*
*the Tougher the Trees*

April 28, 2008

US Office of Personnel Management
CFC Operations – Room 5450
1900 E Street, NW
Washington, DC  20415

To Whom It May Concern:

This letter serves to appeal your denial of The Sturge-Weber Foundation (SWF) to participate in the 2006 CFC. This appeal is based on the following:

1.        Your office approved SWF for the 2005 CFC as an unaffiliated charity. Attached is the OPM-approved Attachment A from SWF's 2005 CFC application. This OPM-approved Attachment A was less detailed as this year's Attachment A submission made to HMR.

2.        Back in November 2005 HMR reviewed our original Attachment A submission, similar to that attached and approved by OPM last year, and advised SWF that our Attachment needed improvement. HMR directed us to your website (http://www.opm.gov/cfc/opmmemos/2003/2003-9Att1.asp), for samples of a qualifying Attachment A. The following is taken from that site:

> "EXAMPLE OF A QUALIFYING ATTACHMENT A
> NOTE: There are many ways to present the information necessary to meet this eligibility requirement. Following is a sample of one format with hypothetical information that provides the required details.
>
> 1) STATE-BY-STATE DESCRIPTION OF SERVICES
>
> California
>
> June 1, 2002 - Sacramento - staff presented volunteer training on healthcare advocacy issues; attended by 100 individuals from northern California
>
> July 9, 2001 -- Annual meeting, "Philanthropy in the New Millennium" conducted in San Francisco
>
> Colorado
>
> October 20, 2001 - Presented at the University of Colorado Health and Wellness Fair. Staff were on-hand to distribute educational information and answer questions from students"

The Attachment A submitted by SWF and approved by HMR followed this OPM format, meeting OPM's requirements which state "fifteen or more different states over the three year period", yet was denied by OPM.

3.        OPM does not provide a reason for the denial, but states "did not include sufficient information on Attachment A." This makes it is impossible to appeal. That is not fair.

Based upon the above, it is requested that review the application of The Sturge-Weber Foundation, and reconsider approval

Respectfully Submitted,

Karen L. Ball
President & CEO

Encl.

**EXHIBIT**

**C**

ALL-STATE LEGAL®

PO Box 418 | Mt. Freedom, New Jersey USA 07970-0418 | (p) 800-627-5482 or 973-895-4445 | (f) 973-895-4846
(e) swf@sturge-weber.com | (w) www.sturge-weber.com

Member in Good Standing: The National Organization for Rare Disorders and The National Health Council



**H**ealth
& MEDICAL RESEARCH
CHARITIES OF AMERICA

May 3, 2006

Mr. Dan G Blair
Deputy Director
U. S Office of Personnel Management
CFC Operations – Room 5450
1900 E Street, NW
Washington, DC 20415



Dear Mr. Blair.

On April 26, 2006, we received a letter from Ms Mara Patermaster [Exhibit 1] finding 109 member charities of Health & Medical Research Charities of America eligible for participation in the Fall 2006 Combined Federal Campaign. Thank you.

Eight members were denied. HMR hereby appeals five denials.

### American Association of Kidney Patients

OPM denied American Association of Kidney Patients (AAKP) because it did "not include sufficient information to support a claim that it provided or conducted real services, benefits, assistance, or program activities in 15 or more states over the three-year period immediately preceding January 2006." OPM's reviewer, citing Memorandum 2004-10, claims AAKP's Attachment A "contained repetitive text to describe services of the applicant in each state which is not permitted per CFC Memo 2004-10." HMR and SSF appeal this denial as an inaccurate reading of Memo 2004-10, that the denial is based on an incomplete review of the documentation, and that it is an inconsistent and arbitrary review of the federation's submitted documentation.

Memorandum 2004-10 does not include the reviewer's phrase "repetitive text." 2004-10 says that in "some instances .. descriptions that replicate the identical information for each state in which service is claimed does not adequately allow OPM to determine that the real services, benefits, assistance or program activities were provided." 2004-10 does not state use of these type descriptions are "not permitted" but that "OPM will exercise discretion" to enable its judgment of those Attachment A submissions.

In addition, the OPM reviewers claim that AAKP's Attachment A has "repetitive text" which, while not a basis for denial in itself as described above, is an incomplete review of AAKP's Attachment A [Exhibit 2]. AAKP's Attachment A does include information for several states that details AAKP's "Finding Your Strength Educational Program". While the statement for this program is similar, the dates, locations and numbers served in each state are unique and apply specifically to each single event. For example, in Florida there was a presentation in March 2003 to 46 people at the Tampa Bay Chapter, a separate presentation in March 2003 to 42 people in St Augustine, and another presentation in October 2003 to 25 people in the South Florida Chapter. While the "Finding Your Strength Program" presentation may be the same, this level of detail certainly provides "sufficient information to support a claim of service" to Florida. We ask that OPM to approve this presentation as sufficient to meet Attachment A standards.

Finally, in denying AAKP's Attachment A, OPM's reviewer has made an inconsistent, arbitrary review of AAKP's application. As part of its initial federation application to OPM, HMR included the Attachment A for new applicant Self Help for Hard of Hearing People [Exhibit 3]. SHHH's Attachment A includes a single service, repetitive statement description of presentations made by Dr. Terry Portis. This description of services is substantially similar to AAKP's Attachment A and yet OPM approved SHHH's application for the 2006 CFC.

Based on the above facts, HMR and AAKP ask that the decision to deny be reversed.

## Down Syndrome Research and Treatment Foundation

OPM denied Down Syndrome Research and Treatment Foundation (DSRTF) because it did "not include sufficient information to support a claim that it provided or conducted real services, benefits, assistance, or program activities in 15 or more states over the three-year period immediately preceding January 2006." Ms. Patermaster's letter does not give further specifics for DSRTF as it did in the AAKP's case above. HMR respectfully asserts that the previously submitted Attachment A was sufficient to meet eligibility and OPM has conducted an inconsistent, arbitrary review of this organization's application materials over the last two years. Finally, that by not detailing the specific reasons for its denial of DSRTF, OPM has effectively denied the applicant its due process appeal rights under 5CFR§950.

DSRTF's Attachment A [Exhibit 4] states on page 1 that it is detailing activities for its "most recent fiscal year, 9/04 to present." DSRFT lists activities from late 2004 through 2005 in 16 states, including dates, places and a description of services provided at each event. DSRTF further includes a report entitled "Application for Combined Federal Campaign; Attachment A – 2005 Application" that details activities during 2003 and 2004. This data clearly provides "sufficient information to support" DSRTF's claim of service to 15 states. HMR stands by its approval of this documentation and asks OPM to reconsider its decision to deny.

Furthermore, as DSRTF states in Exhibit 5, their "Application for Combined Federal Campaign; Attachment A – 2005" is <u>the exact documentation submitted and approved by OPM for DSRTF's inclusion in the 2005 CFC.  The dates of service on the document (2003-2004) still fall under the three year rule to qualify for the 2006 application.</u>  In additional DSRTF followed the 2005 OPM approved format and included additional 2005 services covering 16 states.  HMR requests that an OPM reconsider its denial. Otherwise based on the facts, OPM's decision to deny will be inconsistent with its earlier finding of eligibility.

Finally, HMR asks that OPM accept and approve DSRTF's Attachment A because by not detailing specifically its basis for denial, as OPM did for other HMR applicants, OPM has denied DSRTF an adequate appeal process.

Based on the above facts, HMR and DSRTF ask that the decision to deny be reversed.


**Michael J. Fox Foundation for Parkinson's Research**

OPM denied Michael J. Fox Foundation for Parkinson's Research  (MJFF) because it did "not include sufficient information to support a claim that it provided or conducted real services, benefits, assistance, or program activities in 15 or more states over the three-year period immediately preceding January 2006."  Specifically, OPM's reviewer states: "Service to 2002 is outside the scope of the three year period." HMR and MJFF appeal this denial as an incomplete review of the documentation and an improper application of CFC standards.  Furthermore HMR asserts that it is an inconsistent and arbitrary review of the federation's submitted documentation.

MJFF's submitted Attachment A [Exhibit 6] does include a few inclusions of grant payment dates during 2002.  None of these were used by HMR as a basis for approval because each was followed by two or three additional large grants during the years 2003 and 2004.  Therefore HMR contends that a complete reading of the MJFF's shows "sufficient information to support a claim of service" during 2003-2005.

OPM's review claim that "2002 is out the scope" of the three year period is not contested in this appeal.  What HMR does argue is that simply including information outside the three-year period is not a basis for denial.  That information is simply disregarded.  MJFF's Attachment A includes 16 states of service and no state relies solely on service during 2002 to qualify.  Each includes additional grants during 2003 and 2004.  To deny on the basis of inclusion of 2002 information is an improper application of the three-year standard.

Finally, in denying MJFF's Attachment A, OPM's reviewer has made an inconsistent, arbitrary review of AAKP's application. As part of OPM's sample request of HMR applications [Exhibit 7], included the Attachment A for new applicant Loma Linda University Medical Center [Exhibit 8]. LLUMC Attachment A includes a 2002 column of service for each state. This inclusion of 2002 information is substantially similar to MJFF Attachment A and yet OPM approved LLUMC's application for the 2006 CFC.

Based on the above facts, HMR and MJFF ask that the decision to deny be reversed.

## Multiple Sclerosis, The Heuga Center

OPM denied Multiple Sclerosis, The Heuga Center (THC) because it did not submit an "adequate Attachment E" which requires an explanation for rate above 25% and a formal plan to reduce.

THC's previously submitted Attachment E [Exhibit 9] is attached along with THC's appeal submission [Exhibit 10] that elaborates on the previously submitted explanation and plan to reduce. HMR and THC respectfully request that OPM review the submitted materials and reconsider its denial of a one-year overhead waiver for THC.

## The Sturge-Webber Foundation

OPM denied the Sturge-Webber Foundation (SWF) because it did "not include sufficient information to support a claim that it provided or conducted real services, benefits, assistance, or program activities in 15 or more states over the three-year period immediately preceding January 2006 " Ms. Patermaster's letter does not give further specifics for SWF as it did in the AAKP's case above HMR respectfully asserts that the previously submitted Attachment A was sufficient to meet eligibility specifically described in OPM Memo 2003-9. Also, this appeal asserts that OPM has conducted an inconsistent review of this organization's application materials over the last two years. Finally, that by not detailing the specific reasons for its denial of DSRTF, OPM has effectively denied the applicant its due process appeal rights under 5CFR§950.

SWF Attachment A [Exhibit 11] includes dates, places and a description of services provided to 19 states. OPM's Memo 2003-9 provides a section titled "Example of Qualifying Attachment A." The SWF's submitted Attachment A is substantially similar to the content and format stipulated in Memo 2003-9 and clearly provides "sufficient information to support" SWF's claim of service to 15 states. HMR stands by its approval of this documentation and asks OPM to reconsider its decision to deny.

*(HMR Appeal – Page 5)*

Furthermore, as SWF states in Exhibit 12, OPM reviewed and approved for 2005 participation documentation that was substantially less in detail than SWF's 2006 submitted Attachment A.  At HMR's request, SWF submitted additional information using OPM Memo 2003-9 as a guide. OPM's decision to deny is inconsistent with its previous decision.  OPM accepted a less detailed Attachment A from the organization when it applied as an unaffiliated in 2005 than when it applied with HMR in 2006.

Finally, HMR asks that OPM accept and approve SWF's Attachment A because by not detailing specifically its basis for denial, as OPM did for other HMR applicants, OPM has denied SWF an adequate due process appeal.

Thank you very much for considering these appeals.

OPM's decisions for **International AIDS Vaccine Initiative, Medical Education Institute, and Osteoporosis Foundation** will not be appealed.

Respectfully,

Cindy Schneible
President

cc:    Mac Canter, Copilevitz & Canter, L L C

Encl.  Exhibits 1-12

## 2005 ATTACHMENT A

**Arizona:** (6/04)  Local families held a community fundraiser/awareness event. The CEO of the SWF was on hand to educate local families and distribute information.

**California:** 4/30/04 The San Francisco Family Day    11/13/03 Los Angeles Family Day attended by approx. 25 individuals who were able to hear lectures from Dermatologists, Neurologists, and Ophthalmologists, along with networking with new families.

**Colorado:** (7/11-13,2003)  Denver International Conference was attended by approx. 230 individuals from the United States and abroad.  This 3-day event was comprised of doctor lectures, informal networking, dinner dance, and private consultations.   A fashion photographer was on hand to do photo shoots and work on self esteem issues with individuals in the teen and twenties age group.

**Connecticut:** (10/02) The SWF Family picnic brought together approximately 80 individuals from NJ, NY, CT, MA and NH.

**Florida:** (1/04)  Approx. 400 copies of the SWS School Nurse's Brochure were provided for the Florida School Nurses Association Conference.

**Georgia:** (5/03)  A local family manned an informational booth within their community to raise awareness.  The SWF provided materials (posters, etc.) to be handed out.

**Illinois:** (3/02) Provided referral assistance to local family coping with loss of their child from SWS complications, linked 2 families together for support and public school education referrals.

**Indiana:** (2/03)Provided Life Stages Guide for Adults to a mother who was attempting to get SSI benefits for her son.

**Louisiana:** (2/02) The SWF participated in the Candela Fun Run.  Educational materials were distributed to all 200 participants and on-lookers.

**Maryland:** (2/6-8, 2004) Baltimore Family Day was attended by approximately 75 individuals who were able to hear lectures from Dermatologists, Neurologists, Ophthalmologists, and Psychologists.  They were then able to discuss their individual cases with these doctors.   Residents Day Training Session was held at the Johns Hopkins Hospital and attended by approx. 100 Pediatric, Neurology and Dermatology Residents.  Experts gave lectures on SWS and each attendee received a medical textbook and medical cd-rom.

EXHIBIT

**E**

ALL-STATE LEGAL®

**Massachusetts:** (12/5/03) Residents Day Training Session was held at the Boston Children's Hospital and attended by approx. 75 Pediatric, Neurology and Dermatology Residents. Experts gave lectures on SWS and each attendee received a medical textbook and medical cd-rom.

**Michigan:** (4/3/04) Detroit Family Day was attended by approx. 50 individuals from the local area.

**Missouri:** (4/04) Local family had their city proclaim "SWS Day of Awareness", and appeared in local newspaper and company newsletters. Two year old boy required Hemispherectomy due to uncontrolled seizures. Due to the serious nature of the surgery, this family was provided with professional referrals, along with names of families who had had same surgery. Surgery was successful, and the family now serves on our support network for hemispherectomies.

**New Jersey:** (4/03) The NJ Family day was attended by approx. 25 families. Literature was distributed. Two government citations were received: one through our US representative, and the other, a joint resolution from the NJ State Assembly and the NJ State Senate, commending the efforts of the SWF.

**New York:** (8/9/04) The 4th Annual SWF Softball Tournament was held in Yonkers. Approximately 12 teams participated. Information on SWS was handed out to locals, along with television coverage to educate the public about SWS. (9/03) A local family presented a play on self-esteem and distributed information on SWS.

**North Carolina:** (9/04) Provided a Feeding Packet for a mother who was having difficulty feeding her child due to the PWS located inside the mouth.

**South Carolina:** (5/02) Educated 54 attendees at a vascular birthmarks conference on SWS and KT regarding the implications of living with SWS the second decade of life.

**Ohio:** (9/03) Counseled father of adult patient on behavior issues, arranged referrals to neuropsychiatrist and psychologists. Provided materials to be given to group facility where she is living. As the parents were elderly, the concern had been that the daughter would be dismissed from her group home due to behavior. The facility has since been in touch with members of the SWF Professional Advisory Board.

**Oregon:** (1/04) Contacted by 24 year old patient who had never heard of another person with SWS. She was put in touch with other individuals and has since dealt with self esteem issues. The mother of this patient had also been

dealing with guilt issues in reference to obtaining proper medical care in the past. Through the counseling of the SWF and support of other families, these issues were resolved.

**Pennsylvania:** (9/02) Counseled one family on behavior issues in their pre-teen son and arranged referrals to SWS experts. State representative dispensed literature to local hospitals.

**Texas:** (2/1 & 2, 2002) Houston Family Day  Residents Day Training Session was held at the Texas Children's Hospital and attended by approx. 50 Pediatric, Neurology and Dermatology Residents. Experts gave lectures on SWS and each attendee received a medical textbook and medical cd-rom

**Utah:** (4/04) The father of a SWS patient ran in the Salt Lake City Marathon to raise awareness. Information provided by the SWF was distributed to participants and on-lookers.

**Washington:** (4/04)A local member was invited to appear on a Discovery Channel 4 part feature focusing on  his surgery for port wine stain. The SWF provided information and follow up.

**Wisconsin:** (3/04) Area Representative visited Milwaukee Children's Hospital to distribute literature and educate physicians.  SWF was working with RN who has 2 year old patient. The family only speaks Spanish and she is working as an interpreter for them. The SWF provided Spanish speaking contacts, along with Spanish literature.

**Australia:** In an ongoing partnership with the SWF Australia Representative, the US SWF provides printed materials. In March of 04 the Australian group had a family day and received educational materials from the SWF (USA)

**France:** (6/03) Assisted members in forming their own organization. Provided educational materials to be translated.



**UNITED STATES**
**OFFICE OF PERSONNEL MANAGEMENT**
WASHINGTON, DC 20415-1000

OFFICE OF THE DIRECTOR

**JUL 1 7 2006**

Ms. Cynthia S. Schneible
President
Health & Medical Research Charities of America
21 Tamal Vista Boulevard, Suite 209
Corte Madera, CA 94925

Dear Ms. Schneible:

Pursuant to the authority delegated by the Director of the U.S. Office of Personnel Management (OPM), Linda M. Springer, I have completed a review of Health & Medical Research Charities of America's appeal on behalf of five member organizations to be listed as a national/international unaffiliated agency for the 2006 Combined Federal Campaign. I am admitting Multiple Sclerosis, The Heuga Center and Down Syndrome Research and Treatment Foundation. I am sustaining the decision to deny the applications of the American Association of Kidney Patients, Michael J. Fox Foundation for Parkinson Research, and The Sturge-Webber Foundation. This brings the total number of organizations approved for participation to 111.

Eligibility criteria regulations for CFC national organizations are set forth at 5 CFR §950.202 and §950.203. These regulations require that national and international applicants provide a schedule of real services, benefits, assistance, or program activities in at least 15 or more different states or one foreign country within the three year period immediately preceding the start of the campaign year to which it is applying. The American Association of Kidney Patients is denied because the applicant has claimed services in states for which it had only provided educational materials about the organization's work. Mere dissemination of information and publications is not considered a real service and does not meet the national eligibility criteria. Services claimed for this applicant in the states of Alabama, Colorado, District of Columbia, Indiana, and Utah are therefore not considered sufficient to satisfy the national eligibility criteria. Use of repetitive text typically makes it more difficult for OPM to determine that an applicant has demonstrated provision of real services, and OPM has determined, in its judgment, that in this instance the use of broad descriptions replicating identical information for a variety of the states in which service was claimed did not adequately allow OPM to determine that real services, benefits, assistance or program activities were in fact provided, nor did it enable OPM to determine the individuals or entities who benefited. Use of repetitive text by another applicant is not relevant to this determination.



Ms. Cynthia S. Schneible
Page 2

The Michael J. Fox Foundation for Parkinson Research is denied because the level of service in a number of states is insufficient to satisfy eligibility criteria. The award of a grant in 2002 is a service outside the scope of the three year period. The fact that multiple payments are made with respect to that grant in years subsequent to 2002 does not qualify each of the multiple payments as an independent service, as the award had already been made. Thus, service, in Alabama and Georgia are not considered states in which the applicant has demonstrated service sufficient to satisfy national eligibility criteria. Moreover, regarding a variety of states in which a single grant was provided, the organization was viewed as providing an insufficient level of service to satisfy national eligibility criteria

The Sturge-Weber Foundation is denied because the description of some of the activities set forth in its Attachment A are not considered to constitute real services, benefits, assistance or program activities. As an example, services claimed in Hawaii are "a local family held yard sale and distributed information." Raising funds may assist the organization to accomplish its mission, but the application fails to demonstrate that the applicant organization provided services or benefits in that state. Mere dissemination of information and publications is not considered a real service and does not meet the national eligibility criteria, which is set forth by regulation at 5 CFR 950.202(a) and are further explained in CFC Memorandum 2004-10. Service in the following states was similarly discounted: Illinois; Louisiana; Utah; Virginia; and Washington. Services claimed in Florida and Wisconsin feature publicity for the organization but do not clearly demonstrate real services provided by the organization. Whether an application has been accepted in a prior year is not relevant to each annual eligibility determination, and particularly so in this case as the 2005 CFC application was not reviewed by OPM but was the subject of a federation certification of eligibility.

The Office of CFC Operations will be contacting you via email (info@hmr.org) with instructions on how to provide the 25-word statements that will appear with your federation's listing in the 2006 CFC brochure.

Best wishes for a successful 2006 campaign.

Sincerely,

Dan G. Blair
Deputy Director

This page can be found on the web at the following url:
http://www.opm.gov/cfc/html/cal2005-2006.asp

# Office of Personnel Management

The Federal Government's Human Resources Agency 

    **Donors**        **Campaigns**        **Charities**

    

*Disasters Emergencies*

## 2005/2006 Calendar of Events

**Search CFC:**

2005/2006 | 2004/2005 | 2003/2004

| Submit Query |

| Date | Event |
|------|-------|
| September 1 - December 15, 2005 | 2005 Combined Federal Campaign official solicitation period. -- 5 CFR §950.102(a) |
| September 15, 2005 | Deadline for LFCCs to send copies of the CFC Audit Guide reports and supporting documentation to OPM. |
| December 1, 2005 | 2006 PCFO financial information for payroll disbursements due to OPM. |
| December 1, 2005 | OPM will begin to accept 2006 National/International applications |
| December 8, 2005 | 2006 CFC National/International Application Training |
| December 15, 2005 | OPM transmits listing of PCFO financial information to payroll offices for disbursements made during the 2006 pay year. |
| December 15, 2005 | Recommended deadline for LFCC decisions on 2006 campaign mergers and expansions. |
| January 13, 2006 | Recommended deadline for LFCC to advertise for 2006 PCFO applications via Public Notice. (Regulatory deadline is February 1.) The application period must be open a minimum 14 calendar days, but it is recommended that it remain open for 30 calendar days. -- 5 CFR §950.104(c) |
| January 31, 2006 | Closing date for National/International applications (Must be received in CFC Office no later than 5:00pm EST. Late |

Welcome

Top of the News

Search Options

Contacts

Accountability

Regulations and Guidance

Charity Qualifications and Materials

Campaign Results, Trends and History

FAQs

Glossary

Archives

Email CFC

FIRSTGOV

EXHIBIT
G
ALL-STATE LEGAL®

| | |
|---|---|
| | applications will not be considered.) |
| February 1, 2006 | Regulatory deadline for LFCC to advertise for 2006 PCFO. |
| February 15, 2006 | Recommended deadline for 2006 PCFO Applications to the LFCC. |
| March 8-11, 2006 | CFC Regional Workshop – Ft. Lauderdale, FL |
| March 13, 2006 | Recommended opening date for 2006 local applications. (Recommended date only - LFCCs may determine the application period dates for their individual campaign-however, all local application decisions must be completed by the LFCC no later than May 5, 2006.) |
| March 15, 2006 | Deadline for LFCCs to select a PCFO - 5 CFR §950.801(a)(3) |
| March 15, 2006 | Deadline for PCFOs to mail to designated agencies the names and addresses of 2005 donors who wish to receive acknowledgement of their gift. -- 5 CFR §950.601(c) |
| March 15, 2006 | Deadline for PCFOs to mail designation or "accounting" letters to designated charities and/or federations. - 5 CFR §950.601(c) |
| March 24, 2006 | Deadline for Submission of Form 1417 to OPM. |
| April 1, 2006 | Deadline for Large CFCs (More than $500,000 in receipts) to begin 2005 disbursements. - 5 CFR §950.901(i)(2) |
| April 9-12, 2006 | CFC Regional Workshop - Palm Springs, CA |
| April 14, 2006 | Recommended closing date for 2006 Local applications |
| May 5, 2006 | Recommended date for LFCC to notify local organizations of eligibility decisions in writing. -- 5 CFR §950.204(e) |
| May 22, 2006 | LFCCs begin receiving appeals within seven (7) business days of the date of receipt of the initial LFCC decision or fourteen (14) calendar days from the date the decision was mailed, whichever is earlier. |
| June 1, 2006 | Deadline for Small CFCs (Less than $500,000 in receipts) to begin 2005 disbursements. - 5 CFR §950.901(i)(2) |
| June 16, 2006 | Deadline for decisions by LFCC on all local organization appeals. |

| July 31, 2006 | Date for completion of 2006 National/International List of Participating Agencies (posted on OPM website) |
| July 31, 2006 | Target date for OPM to complete Local appeals. |
| August 1, 2006 | CFC Audit Guide reports and supporting documentation must be submitted to the LFCC. |
| September 1 - December 15, 2006 | 2006 Combined Federal Campaign Official Solicitation Period. -- 5 CFR §950.102(a) |
| September 15, 2006 | Deadline for LFCCs to send copies of the CFC Audit Guide reports and supporting documentation to OPM. |
| December 1, 2006 | OPM will begin to accept 2007 National/International Applications |

Office of Personnel Management                                                    Site Index | A-Z
1900 E Street NW, Washington, DC 20415-1000 | (202) 606-1800 | TTY (202) 606-2532

Contact Us | Important Links | Forms | FAQ's | Products & Services