UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE STURGE-WEBER FOUNDATION )<br>  1240 Sussex Turnpike, Ste. A )<br>  Randolph, NJ 07869 )<br>      )<br>     Plaintiff, )<br>      )<br>   -v- )  Civil Action No._____<br>      )<br> LINDA M. SPRINGER )<br> in her official capacity as )<br> Director of the United States Office )<br>  of Personnel Management )<br>  1900 E Street, N.W. )<br>  Washington, D.C. 20415-0001, )<br>      )<br>     Defendant. )<br>      ) | |

**CERTIFICATE OF COUNSEL PURSUANT TO LCvR 65.1**

I, Bernard J. DiMuro, counsel for Plaintiff, The Sturge-Weber Foundation, certify I notified James Green, Esq., Associate General Counsel of the United States Office of Personnel Management, by telephone at approximately 8:30 a.m. on July 27, 2006, that the Complaint and Motion for Temporary Restraining Order and Preliminary Injunction in this matter would be filed during the afternoon of July 27, 2006. I further advised Mr. Green that he would be notified of the time and date set by the Court for a hearing, if any is to be held.

I have delivered to Mr. Green, U.S. Office of Personnel Management, 1900 E. St. NW, Room 7353, Washington, DC 20415-1000, by messenger, and/or sent by electronic mail (pdf) with Mr. Green's permission, a copy of the Complaint and accompanying exhibits, Motion for Temporary Restraining Order and Preliminary Injunction, Memorandum of Points and Authorities, and proposed Order in this matter, along with a copy of this certificate.

Respectfully submitted,

/s/
Bernard J. DiMuro, Esq. (DC # 393020)
DiMuroGinsberg, P.C.
908 King Street, Suite 200
Alexandria, Virginia 22314
(703) 684-4333
(703) 548-3181 (facsimile)

Noland MacKenzie Canter, III (D.C. Bar #93616)
Mark J. Diskin (D.C. Bar #334086)
Copilevitz & Canter, LLC
1900 L Street, N.W., Suite 215
Washington, D.C. 20036

*Counsel for Plaintiff*